UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN WELSCH,

                Plaintiff,

    - against -

AMERICAN RED CROSS,

               Defendant.

**ORDER**

20 Civ. 9711 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This case is stayed thirty days for purposes of settlement discussions. By **March 30, 2021**, the parties will file a joint letter concerning the status of their discussions. If settlement appears unlikely at that time, the Court will enter a case management plan.

Dated: New York, New York
        February 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge